David V. Balakian, SBN 166749
**BALAKIAN LAW OFFICES**
2014 Tulare Street, Suite 210
Fresno, CA 93721
Tel. (559) 495-1558
Fax. (559) 495-1004
davidbalakian@sbcglobal.net.net

Attorney for Defendant, **SAROM SAO**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,)      **Case No. 1:06 CR 00313 LJO**
                          )
          Plaintiff,      )     **STIPULATION AND ORDER**
                          )     **DENYING CONTINUANCE**
     vs.                  )
                          )
SAROM SAO,         _____  )      _____
                          )
_____Defendant._____ )
_____)

     THE PARTIES HEREBY STIPULATE AND AGREE that the sentencing

hearing presently set for Friday, December 18, 2009, at 9:00 a.m.,

be continued to Friday, February 19, 2010, at 9:00 a.m.

     Pursuant to Federal Rules of Criminal Procedure section 18

U.S.C. 3161, the parties agree that any delay resulting from this

continuance shall be excluded in the interest of justice.


Dated: December 14, 2009.          /s/ DAVID BALAKIAN
                                   David Balakian,
                                   Attorney for Defendant,
                                   SAROM SAO

Dated: December 14, 2009.

/s/ KATHLEEN SERVATIUS
Kathleen Servatius,
Assistant U.S. Attorney.

Stipulation has been agreed to
by Ms. Servatius.

<u>**ORDER**</u>

A STIPULATION, WITHOUT STATED REASON, DOES NOT PROVIDE THE

COURT WITH THE LEGALLY-REQUIRED GOOD CAUSE TO CONTINUE A

HEARING.   THE REQUEST IS DENIED.

IT IS SO ORDERED.

**Dated:   December 15, 2009**          /s/ Lawrence J. O'Neill
                                 UNITED STATES DISTRICT JUDGE

2