David V. Balakian, SBN 166749
**BALAKIAN LAW OFFICES**
2014 Tulare Street, Suite 210
Fresno, CA 93721
Tel. (559) 495-1558
Fax. (559) 495-1004
davidbalakian@sbcglobal.net.net

Attorney for Defendant, **SAROM SAO**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SAROM SAO,<br><br>Defendant. | **Case No. 1:06 CR 00313 LJO**<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING** |

THE PARTIES HEREBY STIPULATE AND AGREE that the sentencing hearing presently set for Friday, December 18, 2009, at 9:00 a.m., be continued to Friday, February 19, 2010, at 9:00 a.m.

Defendant requires a safety valve interview pursuant to USSG section 5C1.2(a)(5). Without safety valve relief, the statutory minimum is 10 years in prison.

Pursuant to Federal Rules of Criminal Procedure section 18 U.S.C. 3161, the parties agree that any delay resulting from this continuance shall be excluded in the interest of justice.

| | | |
|---|---|---|
| Dated: December 14, 2009. | | /s/ DAVID BALAKIAN |
| | | David Balakian, |
| | | Attorney for Defendant, |
| | | SAROM SAO |
| Dated: December 14, 2009. | | /s/ KATHLEEN SERVATIUS |
| | | Kathleen Servatius, |
| | | Assistant U.S. Attorney. |

Stipulation has been agreed to by Ms. Servatius.

**ORDER**

GOOD CAUSE EXISTS FOR THE CONTINUANCE.  THE REQUEST IS GRANTED. IT IS SO ORDERED.

**Dated:   December 15, 2009**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

2